# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PETITIONS OF CLAUDIA AND OMAR HURACHA FOR RELEASE OF SEIZED VEHICLES, TO WIT, 2003 RANGE ROVER, CA LICENSE 5EJW424, and 2002 BMW 745LI,<br><br>CLAUDIA AND OMAR HURACHA,<br><br>                          Petitioners. | CASE NO. 05cv1664 DMS (JMA)<br><br>**ORDER DENYING PETITION FOR RELEASE OF SEIZED VEHICLES** |

On August 22, 2005, Petitioners Claudia and Omar Huracha filed the instant petition for release of their vehicles. On September 1, 2005, the government filed a response and opposition to the petition. Petitioners did not file a reply. For the reasons set out in the Government's response to the petition, the Court DENIES the petition for release of the seized vehicles.

**IT IS SO ORDERED**.

DATED: January 17, 2007

_____
HON. DANA M. SABRAW
United States District Judge